us to determine whether or not the involved merchandise is specified by name in title I of the Tariff Act of 1930.

For the reasons stated, all of plaintiffs' claims are overruled. Judgment will be rendered accordingly.

BEFORE THE THIRD DIVISION, MARCH 3, 1955

**No. 58798.**—John Alban & Co., Inc., et al. *v.* United States, protests 161793–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Pecorino cheese and Feta cheese similar in all material respects to those the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503) and *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiffs was sustained.

**No. 58799.**—Della Cella & Larajn et al. *v.* United States, protests 219151–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Feta cheese similar in all material respects to that the subject of *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiffs was sustained.

**No. 58800.**—Bel Paese Sales Co., Inc., et al. *v.* United States, protests 234946–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Feta cheese. similar in all material respects to that the subject of *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiffs was sustained.

**No. 58801.**—Chinese Arts & Products, Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 231325–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of silent butlers, smoothing irons, and trays in chief value of